and M. B. Jonas, for plaintiff in error. H. W. Blodgett, U. S. Atty., Seddon & Holland, and George F. McNulty, for defendants in error.

---

In re WOOD et al. (Circuit Court of Appeals, Eighth Circuit. October 1, 1908.) No. 71. Petition for Review. Bicksler, Bennett & Nye, for petitioners. William L. Dayton, for respondent.

PER CURIAM. Order and decree of District Court for District of Colorado approved and confirmed on authority of mandate of Supreme Court of the United States (210 U. S. 246, 28 Sup. Ct. 621, 52 L. Ed. 1046), in response to questions, and petition for review dismissed, at costs of petitioners, etc.